IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ADELIA MONTGOMERY,        :
a/k/a ADELIA QUILLEN,      :
     Plaintiff,             :
                             :   CIVIL ACTION FILE
v.                            :
                             :   NO. 1:08-CV-2884-MHS
NCO FINANCIAL SYSTEMS, INC. :
a Pennsylvania corporation,   :
     Defendant.           :
_____:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules

of Civil Procedure, and before the service of an answer or a motion for summary

judgment, and stipulates that this action shall be dismissed with prejudice as to all

claims.

Respectfully submitted,

THE LAW OFFICE OF KRIS SKAAR, P.C.

by:     /s/ Kris Skaar
                Kris Skaar
                Attorney for Plaintiff
                Georgia Bar No. 649610

P.O. Box 1478 ! Marietta, GA 30061-1478
331 Washington Avenue ! Marietta, GA 30060
voice (770) 427 - 5600 ! fax (770) 427 - 9414
krisskaar@aol.com